Rakoff, J.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
                          :

JDS THERAPEUTICS, LLC and
NUTRITION 21, LLC,
                          :

            Plaintiffs,
                          :   Case No. 1:14-cv-2220-JSR

      v.

CHURCH & DWIGHT, CO., INC.
            Defendant.
                          :

------------------------------------------------------------------- x

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOTICE IS HEREBY GIVEN**, that pursuant to Rule 41(a) of the Federal Rules of

Civil Procedure, the above-captioned action is voluntarily dismissed with prejudice.


Dated:  April 18, 2014
                                       Respectfully Submitted,

                        By:

                                   Brian M. Rothery, Esq.
                                   Joseph Diamante, Esq.
                                   Kenneth L. Stein, Esq.
                                   **STROOCK & STROOCK & LAVAN LLP**
                                   180 Maiden Lane
                                   New York, New York 10038
                                   Telephone: (212) 806-5400

                                   *Attorneys for Plaintiffs*
                                   *JDS Therapeutics, LLC and Nutrition 21, LLC*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-28-14

**SO ORDERED:**

_____
        **U.S.D.J.**
        4-27-14

NY 75049002